ALEX KELLER, Appellant, v ALAN M. FREEDMAN, Respondent. [643 NYS2d 415]

Ritter, J. P., Pizzuto, Santucci and Krausman, JJ., concur.